IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2019 JUL 10 PM 3: 15
CLERK-LAS CRUCES

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 19. 2031 VJ1 |
| vs. | ) Count 1: 21 U.S.C. § 846:  Conspiracy |
| **RICARDO OSORNIO,** | ) Count 2: 21 U.S.C. §§ 841(a)(1) and |
| | ) (b)(1)(A): Possession with Intent to |
| Defendant. | ) Distribute 500 Grams and More of a |
| | ) Mixture and Substance Containing |
| | ) Methamphetamine; 18 U.S.C. § 2: |
| | ) Aiding and Abetting |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about March 19, 2019, in Hidalgo County, in the District of New Mexico, and elsewhere, the defendant, **RICARDO OSORNIO**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown to the Government to commit an offense defined in 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), specifically, to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. § 846.

### Count 2

On or about March 19, 2019, in Hidalgo County, in the District of New Mexico, the defendant, **RICARDO OSORNIO**, unlawfully, knowingly and intentionally possessed with intent

to distribute a controlled substance, 500 grams and more of a mixture and substance containing a

detectable amount of methamphetamine.

    In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 2.

JOHN C. ANDERSON
United States Attorney

_____

RYAN ELLISON
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM  88001
(575) 522-2304

2